

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Montana Lee Schneider, Appellant

No. 06-25-00029-CR     v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 31156). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment in count one to delete the assessment of $290.00 court costs and to list the statute for the offense as "43.26(d)(1) Penal Code." As modified, we affirm the judgment of the trial court.

We note that the appellant, Montana Lee Schneider, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 17, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk